**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: _____

JAMES S. GRADY, d/b/a GROUP FIVE PHOTOSPORTS,

     Plaintiff,

V.

TODD BREMER,

     Defendant.

---

**COMPLAINT**

---

Plaintiff James S. Grady ("Grady" or "Plaintiff") files this complaint against Todd Bremer ("Bremer" or "Defendant") and alleges as follows:

### I.  NATURE OF THE CASE

1.  This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C §§ 101 et seq. (the "Copyright Act") and The Lanham Act 15 U. S. C. §§ et seq. (the "Trademark Act").

2.  Plaintiff is the registered owner of the copyrights of a collective group of photographs from the website trueteenbabes.com (hereinafter the "Photographs"). A true and correct copy of the Certificate of Registration for the Photographs is attached hereto as Exhibits 1 through 19.

3.      Each time a Defendant unlawfully distributes a copy of Plaintiff's copyrighted Photographs to others over the Internet, each recipient can then distribute that unlawful copy of the Photographs to others without degradation in sound or picture quality.  Thus, a Defendant's distribution of even a single unlawful copy of the Photographs can result in the nearly instantaneous worldwide distribution of that single copy to a limitless number of people.  In this case, the Defendant's copyright infringement is built upon the prior infringements, in a cascade of infringement.

4.      Plaintiff seeks redress for the Defendant's rampant infringement of its exclusive rights in the Photographs, and for injunctive relief to stop the Defendant from continuing to infringe upon Plaintiff's copyrighted works.


## II. JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 17 U.S.C. §§ 101, et. Seq., 28 U.S.C § 1331 and 28 U.S.C § 1338(a).

6.      This Court has personal jurisdiction over the Defendant who has availed himself to this jurisdiction as he has done business with the Plaintiff within this district and has aimed his tortuous acts towards this district with the knowledge; he has committed unlawful and tortious acts both within and outside the Jurisdiction with the full knowledge that their acts would cause injury in this Jurisdiction and that the negative consequences thereof would be felt within this district; and further pursuant to Colo. Rev Stat. § 13-1-124.  Alternatively, as a member of the web site trueteenabaes.com, the Defendant is party to a "Terms of Use" agreement contracting

Colorado as the appropriate jurisdiction.  As such, Defendants have sufficient contacts with this judicial district to permit the Court's exercise of personal jurisdiction over him.

7.      Plaintiff's claims arise out of the Defendant's conduct which gives rise to personal jurisdiction over Defendants.

8.      Venue is proper in this District pursuant to 28 U.S.C § 1391(b) because a substantial part of the events giving rise to the claims occurred in this District and all of the property that is the subject of this action is situated within this District.

### III.  THE PARTIES

### A.  The Plaintiff, James S. Grady

9.      Plaintiff James S. Grady is a resident of Colorado doing business as Group Five Photosports™ and TrueTeenBabes™, inter alia, with his principal place of business in Littleton, Colorado.  Plaintiff produces, markets and distributes premium quality entertainment products, including wholly original Internet content, Internet websites, videos, DVDs and photographs.

10.     Plaintiff has registered with the United States Copyright Office his copyrighted works identified in the paragraphs below. Plaintiff has taken industry standard steps to identify his products, including placing a copyright symbol and trademark on each individual photograph, and by placing recorded copyright warnings at the beginning and end of each individual video product that appear whenever those videos are played.

11.     Plaintiff's TrueTeenBabes® trademark and service mark have been continuously used in commerce since at least July 2001. U.S. Trademark Registration #3,733,941. See attachment 001.

12.     Plaintiff has expended considerable effort and expense in promoting his trademark and the goods sold under the trademark TrueTeenBabes®. As a result, the purchasing public has come to know, rely upon and recognize the mark TrueTeenBabes® as an international brand of high quality products and entertainment.

13.     Plaintiff owns the exclusive worldwide rights to his extensive archive of high-quality photographic works and does not allow the works to be used, reproduced, sold or distributed in any form by third parties.

14.     Plaintiff has dedicated significant resources to create, distribute and protect his works. In addition, Plaintiff dedicates resources to be in compliance with applicable laws in order to protect the integrity of his works.

15.     The viability and profitability of Plaintiff, and his business, is based upon monies and revenue earned from Plaintiff's intellectual property, including copyrights in Plaintiff's photographs, films, DVDs, movies, videos and other creative works.

**B.     The Defendant**

16.     Defendant Todd Bremer, who is also know by his alias and screen same "chicagofan76", has been identified as a supplier of stolen and pirated copyrighted works belonging to the Plaintiff to illegal photo, video and DVD trading websites, pay to view websites, as well as online forums, clubs and groups.

17.     Defendant competes against the Plaintiff and/or illegally supplies Plaintiff's Photographs to those who compete with Plaintiff in the distribution and sale of visual works through Internet distribution.

18.     Defendant, individually and with the support and coordination of others, acted intentionally, knowingly and maliciously to further the ends of the illegal and improper purposes alleged herein in a common course or scheme to infringe on the Plaintiff's intellectual property for illegal gain, profit and monetary reward.

## IV.  STATEMENT OF FACTS

19.     The Plaintiff is the registered owner of each and every individual work illegally distributed by the Defendant. The United States Copyright Office registrations being violated in this action include, among others, VA1-703-466, VA1-703-463, VA1-692-432, VA1-692-438, VA1-692-434, VA1-703-457, VA1-703-460, VA1-703-455, VA1-691-914, VA1-691-911, VA1-695-136, VA1-700-275, VA1-702-131, VA1-687-195, VA1-692-436, VA1-695-141, VA1-726-549, VA1-703-450, et al. See Exhibits 001 through 019.

20.     The Internet, in conjunction with recent advances in technology, hardware and software, has resulted in the availability of effective means for circumventing the intellectual property rights in nearly every industry, including online entertainment. The pervasive and intense online infringement is nearly crippling the entertainment industries, providing unfettered, unregulated, free access to copyrighted works originally produced by reputable businesses and persons, including the Plaintiff.

21.     These infringers are without any accountability to governmental requirements or regulations, without any actual investment in the creation of the works, and without any commitment to the vision of the future of the entertainment industry.   Nonetheless, these infringers utilize, display, and distribute copyrighted works for which they have no right or

proper license for their own commercial means and other significant financial benefits. Many infringers are rabid and determined in their actions and, like the Defendant here, will continue to post and repost the same materials over and over, even after a webhosting provider or website is served with a Digital Millennium Copyright Act notice. These actions have caused and continue to cause significant damage to the business and reputation of the true copyright owners, as well as the rights holder's viability and profitability.

22.     The website known as TrueTeenBabes.com is an online subscription publication created, owned and managed by the Plaintiff. The name is a trademark registered to the Plaintiff, and all content of the publication is covered by registered or pending copyrights. The publication offers a tour area, and a DVD store, along with a subscriber area that can only be accessed by payment of a subscription fee. Once that payment is made the purchaser receives a username and password by email, then is able to access several thousand premium quality, copyright protected, images, videos and stories produced by the Plaintiff. To assist in preventing credit card fraud the publication uses a security service provided by the banking system known as address verification. This system confirms cardholder identity by comparing the address, zip code and card verification value provided during the sign-up process to the records on file at the card-issuing bank.

23.     On September 16, 2010 the Defendant purchased a subscription to the Plaintiff's TrueTeenBabes® publication using a Visa card ending in the four digits 2358.[1] This card cleared all three phases of the verification process and had been confirmed to be that of the Defendant at 1275 S. Farmstone Dr, Diamond, IL, 60416. The Defendant used the email address of

"chicagofan_76@yahoo.com", and personally selected the screen name of "chicagofan76" during the registration process. Payment was completed by the Defendant using Internet Protocol address 67.174.3.0, which is administered by the Defendant's Internet provider, Comcast Cable Communications, IP Services Illinois. This unique Internet Protocol address matches the one Defendant used to download each of the copyright protected works from the Plaintiff's web site that he later used in his illegal postings.

24.     By subscribing to the Plaintiff's website the Defendant agreed to various terms and conditions, including:

> That the laws of United States and the state of Colorado shall govern this agreement. Venue for any action under this agreement shall be the state of Colorado… You also agree to not distribute any of the stories, videos, interviews, or photographs contained within this publication, in whole or part, without prior written consent … The contents of this publication are intended for personal, noncommercial use only. All materials published here are protected by copyright and other intellectual property laws …The entire content of this Internet publication are protected by Federal Copyright Law in the USA, and the International Copyright Treaty known as The Berne Union for the Protection of Artistic Property (The Berne Convention). Subscribers to this publication are welcome to copy images to their own computers in accordance with our terms and conditions for offline viewing and we provide ZIP files for that purpose. However, the images are not to be posted on torrents, forums, personal sites, business sites, Yahoo Groups, MSN Groups, Clubs, Usenet Newsgroups or any other place without written permission.

25.     The website known as DarkJB.com is an illegal file sharing and trading website. The initials "JB" in the title stand for "JailBait"; a slang term for underage girls that older men would risk going to jail to have a sexual relationships with. The website displays an instructional section about how older men, such as the Defendant here, can trick girls, including those under age 18, into undressing on a webcam, or sending topless or nude photos by email. It is not the

---

[1] Pursuant to F.R.Civ.P. Rule 5.2, the identification information for the financial account of the Defendant has been redacted to comply with the Rule.

type of venue the Plaintiff would knowingly display his copyright protected materials or trademark. The DarkJB.com site contains areas that Internet users can visit free of charge, and an "VIP" area reserved for those that pay a fee, or those, like the Defendant here, that illegally provide DarkJB.com with the works of copyright holders.

26.     The Defendant registered as a DarkJB.com subscriber on May 19, 2009. To register at DarkJB.com the user must complete an online form and provide a working email address to which a verification email is sent. The user must then visit that email account and take a unique 16-digit code from that email, return to the DarkJB.com website and insert that code into a verification screen. DarkJB.com records and stores the users IP address, email address, and other identifying information. Only the true and correct owner of the email address can register at DarkJB.com. The Defendant used the email address of "chicagofan_76@yahoo.com", and personally selected the screen name of "Chicagofan76" during the registration process. As of September 5, 2011, the Defendant was listed as a VIP member, had made a substantial number of posts of Plaintiff's copyright protected materials to which he holds no rights.

27.     On September 19, 2010 the Defendant, using Internet Protocol address 67.174.3.0, which is administered by the Defendant's Internet provider, Comcast Cable Communications, IP Services Illinois, personally created a forum section at the website DarkJB.com, in the exclusive VIP area, titled "Chicagofan76's True Teen Thread" with the text "ok i brock [sic] down and subscribed to TTB for a month, not worth it overall, but next month i plan on getting all of libby's sets.....look for most girls here and i dont know most of there [sic] names," and began illegally posting the copyright protected content of the he had downloaded from the Plaintiff's publication TrueTeenBabes® (TTB).

28.     On September 19, 20, 24, 26 and 28, 2010 the Defendant, using Internet Protocol address 67.174.3.0, which is administered by the Defendant's Internet provider, Comcast Cable Communications, IP Services Illinois, posted to the DarkJB.com website reduced size (thumbnails), but otherwise true and correct copies of 3000 registered works owned by the Plaintiff, and linked these thumbnail size images to the full size images he had previously illegally posted at the Imagebam.com website. These works have been viewed and downloaded 2023 times each on the DarkJB.com website resulting in more than 6 million individual violations. These copyright protected and trademark protected works were displayed without the consent of the copyright owner and trademark owner, Plaintiff James S. Grady.

29.     The website known as Motherless.com is an illegal file sharing and trading website. It contains areas that Internet users can visit free of charge, and an "Premium" area reserved for those that pay a monthly fee or those, like the Defendant here, that illegally provide Motherless.com with the works of copyright holders, which Motherless.com can then sell to other Internet users.

30.     The Defendant registered at Motherless.com on March 13, 2010. To register at Motherless.com the user must complete an online form and provide a working email address to which a verification email is sent. The user must then visit that email account and take a unique 24-digit code from that email, return to the Motherless.com website and insert that code into a verification screen. Motherless.com records and stores the users IP address, email address, and other identifying information. Only the true and correct owner of the email address can register at Motherless.com. The Defendant used the email address of "tabremer76@yahoo.com", and personally selected the screen name of "Chicagofan76" during the registration process. As of

September 5, 2011, the Defendant has made substantial posts of copyright protected materials of the Plaintiff to which he holds no rights. Upon information and belief, these illegal uploads have been viewed more than 5,300,000 times, resulting in an equal number of violations of the rights held exclusively by various intellectual property owners, including the Plaintiff.

31.     Between September 19, 2010 and March 8, 2011 the Defendant, using Internet Protocol address 67.174.3.0, which is administered by the Defendant's Internet provider, Comcast Cable Communications, IP Services Illinois, posted to the Motherless.com website true and correct copies of 3123 registered works owned by the Plaintiff. These works have been viewed and downloaded 5,412,035 times, resulting in 5,412,035 individual violations. These copyright protected and trademark protected works were displayed without the consent of the copyright owner and trademark owner, Plaintiff James S. Grady.

32.     The website known as Imagebam.com is a file hosting site that allows users to post photos, then link those images in various websites using the hypertext protocol. Imagebam.com displays the images in the center of web pages surrounded by advertisements for hardcore pornography. Because of the repeated actions of the Defendant, photos of professional 14-year-old bikini models are displayed within an array of adult pornography, including graphic depictions of oral and vaginal sex. The Defendant registered as an Imagebam.com user in 2009 and has illegally provided them with the protected works of the Plaintiff and others since that date. The Defendant used the email address of "chicagofan_76@yahoo.com", and personally selected the login name of "Chicagofan76" during the Imagebam.com registration process.

33.     On September 19, 20, 24, 26 and 28, 2010 the Defendant, using Internet Protocol address 67.174.3.0, which is administered by the Defendant's Internet provider, Comcast Cable

Communications, IP Services Illinois, illegally posted to the Imagebam.com website true and correct copies of 3000 registered works owned by the Plaintiff. These works have been viewed and downloaded an undetermined number of times, as Imagebam.com does not display that information in its website. These copyright protected and trademark protected works were posted and displayed without the consent of the copyright owner and trademark owner, Plaintiff James S. Grady.

34.     The website known as JambaTeens.com is a free online fan club and forum featuring models and photographers from all over the USA. The website doesn't allow parties other than the photographers to post photos, samples, videos or image galleries.

35.     The Defendant registered on the JambaTeens.com website as a fan on April 22, 2010. To register at JambaTeens.com the user must complete an online form and provide a working email address to which a verification email is sent. The user must then visit that email account and take a unique 16-digit code from that email, return to the JambaTeens.com website and insert that code into a verification screen. JambaTeens.com records and stores the users IP address, email address, and other identifying information. Only the true and correct owner of the email address can register at JambaTeens.com. The Defendant used the email address of "chicagofan_76@yahoo.com", and personally selected the screen name of "chicagofan76" during the registration process. Registration was completed by the Defendant using Internet Protocol address 67.174.3.0, which is administered by the Defendant's Internet provider, Comcast Cable Communications, IP Services Illinois.

36.     Without authorization the Defendant has reproduced and distributed at least 9123 of the Plaintiff's copyrighted and registered works on the Imagebam.com, DarkJB.com and Motherless.com websites.

37.     Copyright law states that any material that is "reproduced, performed, publicly displayed, or made into a derivative work without permission" is an illegal violation of the rights of the copyright holder. By its definition each view or download of the Plaintiff's works, as caused by the Defendant, constitutes a separate and distinct instance of infringement. In this case the Plaintiff's works have been viewed, without authorization or compensation, over 6,000,000 times on one website alone, and illegally made available for download by the Defendant for months, and for some files years, without permission. With the enormous amount of Internet users viewing the Defendants illegal posts and file sharing accounts, the number of uncompensated views and downloads (copying) grows daily thus furthering the number of copyright infringements attributed directly to Defendant and contributing to the further dilution of the Plaintiff's trade and service marks.

## V.  FIRST CAUSE OF ACTION & CLAIM FOR RELEIF

### (Copyright Infringement 17 U.S.C. § 501)

38.     The Plaintiff re-alleges and incorporates by reference as if verbatim all information contained in each paragraph above.

39.     Plaintiff is, and at all relevant times has been, the copyright owner of the copyrighted works infringed upon by the Defendant, the Photographs identified in Exhibits 1 through 19.

40.     Among the exclusive rights granted to the Plaintiff under the Copyright Act are the exclusive rights to reproduce the Works and to distribute them. These are rights, which Defendant Bremer willfully, maliciously and intentionally infringed upon.

41.     Plaintiff is informed and believes, and on that basis alleges, that Defendant without the permission or consent of Plaintiff, has used, and continues to use the internet and various web sites to distribute the Photographs to the public, and/or make the Photographs available for distribution to others, including other web site users.  In doing so, Defendant has violated Plaintiff's exclusive rights of reproduction and distribution.  Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under the Copyright Act.

42.     Plaintiff is informed and believes and on that basis alleges that the foregoing acts of infringement were willful and intentional.

43.     As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under the Copyright Act, Plaintiff is entitled to either actual or statutory damages pursuant to 17 U.S.C. § 504(c), and to its attorney fees pursuant to 17 U.S.C. § 505.

44.     The conduct of Defendant is causing and will continue to cause Plaintiff great and irreparable injury.  Such harm will continue unless the Defendant is enjoined from such conduct by this Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief prohibiting Defendant from further infringing Plaintiff's copyrights, and ordering Defendant to destroy all copies of the Photographs made in violation of Plaintiff's exclusive rights under the Copyright Act.

## VI.  SECOND CAUSE OF ACTION & CLAIM FOR RELEIF

### (Contributory Copyright Infringement)

45.     The Plaintiff re-alleges and incorporates by reference as if verbatim all information contained in each paragraph above.

46.     Without authorization, individuals have copied, reproduced, distributed, created derivative works and publicly displayed Plaintiff's works by and through Imagebam.com, DarkJB.com and Motherless.com thereby directly infringing Plaintiff's copyrights.

47.     The Defendant contributed to the infringing acts of those individuals and allowed, encouraged and induced those individuals to reproduce, distribute, and publicly display Plaintiff's works by and through Imagebam.com, DarkJB.com and Motherless.com without regard to the ownership of the works.

48.     The Defendant designed and created his posts at Imagebam.com, DarkJB.com and Motherless.com with the object and intent of promoting the infringement of the Plaintiff's copyrighted materials. As a direct and proximate result of such inducement, individuals have infringed Plaintiff's copyright works by reproducing, distributing, and publicly displaying such works.

49.     The Defendant knew of the infringement, was conscious of his own infringement, and the Defendant was conscious of the fact that multiple other persons derivatively downloaded the files containing the Plaintiff's Photographs.

50.     The infringement by other web site users could not have occurred but for the Defendant's participation in uploading the Plaintiff's protected work.  As such, the Defendant's participation in the infringing activities of others is substantial.

51.     The Defendant profited from this contributory infringement by way of being granted access to a greater library of other infringing works, some of which belonged to the Plaintiff and some of which belonged to other copyright owners.

52.     Defendant's acts of inducement to infringe were willful, malicious and in disregard of and indifference to Plaintiff's rights.

53.     The intentional acts and malicious conduct of the Defendant, as alleged in this Complaint, constitute contributory copyright infringement.

## VII.  THIRD CAUSE OF ACTION & CLAIM FOR RELEIF

### (Vicarious Copyright Infringement)

54.     The Plaintiff re-alleges and incorporates by reference as if verbatim all information contained in each paragraph above.

55.     Without authorization, individuals have reproduced, distributed, created derivative works and publicly displayed Plaintiff's works by and through Imagebam.com, DarkJB.com and Motherless.com thereby directly infringing Plaintiff's copyrights.

56.     Defendant had the right and ability to control the infringing acts of the other individuals that violated the Plaintiff's right by simply deleting the posts he made to Imagebam.com, DarkJB.com and Motherless.com, yet he maliciously and willfully chose not to do so.

57.     Defendant received direct financial benefit from the infringing activities of others that he failed to control when he had the right and ability to do so.

58.     The intentional acts and malicious conduct of the Defendant, as alleged in this Complaint, constitute vicarious copyright infringement.

## IX. FOURTH CAUSE OF ACTION & CLAIM FOR RELEIF

### (Trademark Infringement – False Designation of Origin)

59.     The Plaintiff re-alleges and incorporates by reference as if verbatim all information contained in each paragraph above.

60.     Plaintiff holds the exclusive rights to the registered trademark TrueTeenBabes® and has never licensed it to outside parties.

61.     Defendant's use of the mark "TrueTeenBabes®" in connection with displaying Plaintiff's works constitutes a use in commerce that is likely to cause confusion and mistake and to deceive consumers as to the source or origin of the works displayed by the Defendant on Imagebam.com, DarkJB.com and Motherless.com. Defendant's usage tends to deceive and confuse consumers into believing Defendant's illegal services and postings are affiliated with the Plaintiff works, are sponsored or approved of by Plaintiff, or are otherwise associated with or authorized by Plaintiff.

62.     By engaging in the activities described above the Defendant has made and is making false, deceptive, and misleading statements constituting unfair competition, false designation of origin, and false advertising made in connection with services distributed in interstate commerce in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

63.     Defendant engaged in this course of action willfully, maliciously and with full knowledge and awareness of the superior trademarks rights of the Plaintiff, and with the purpose and intent of confusing the relevant trade and public into mistakenly believing that Defendant's services are associated with, affiliated with, or licensed by Plaintiff.

64. The Defendant's acts of unfair competition and false advertising have caused, and are causing, great and irreparable injury to the Plaintiff and his relevant trademarks and to the services and goodwill represented thereby, in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff with no adequate remedy at law.

65. By reason of the foregoing, Plaintiff is entitled to injunctive relief against Defendant, restraining further acts of unfair competition, false designation of origin, and false advertising, and to recover attorney's fees and any damages proven to have been caused by reason of Defendant's aforesaid acts of unfair competition, false designation of origin, and false advertising.

## **PLAINTIFF'S PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

(1) That the Court enter a judgement declaring that the Defendant has:

    a. willfully infringed Plaintiff's rights in Federally registered copyrights under 17 U.S.C. § 501 through his direct, contributory and vicarious acts;

    b. willfully violated Plaintiff's registered trademark;

    c. otherwise injured the personal and business reputation of Plaintiff by Defendant's acts and conducts as set forth in this Complaint;

(2) For an injunction providing that:

    The Defendant shall be and hereby be enjoined from directly or indirectly infringing upon the Plaintiff's copyrights in the Photographs or any

other works, whether now in existence or later created, that are owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's works, to distribute (i.e., upload) any of Plaintiff's works, or to make any of Plaintiff's works available for distribution to the public, except pursuant to a lawful license or with the Plaintiff's express consent.   The Defendant also shall destroy all copies of Plaintiff's works that Defendant has downloaded onto any computer hard drive or server and shall destroy all copies of those downloaded works transferred onto any physical medium or device in each Defendant's possession, custody, or control.

(3)     For damages for each infringement of each copyrighted work pursuant to 17 U.S.C. § 504.  These damages may be actual or statutory, but if statutory damages are elected, the Defendant's acts were willful in nature, justifying an award of up to $150,000 per infringement, and Plaintiff reserves the right to make such an election.

(4)     That the Defendant be ordered to pay treble damages for his willful trademark infringement.

(5)     That the Defendant be ordered to deliver up to be impounded during the pendency of this action:

a.     All copies of Plaintiff's works, in any format, in Defendant's possession or control,

   b. All hard drives or other storage devices that contain Plaintiff's works or other copyrighted images, videos or works, and to do so without alterations or deletions.

(6) That Defendant pay to the Plaintiff his reasonable attorney's fees pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117(a).

(7) That the Defendant pay the Plaintiff the costs of this action; and,

(8) For such other and further relief, either at law or in equity, general or special, to which he may be entitled.

DATED: September 30, 2011

     Contiguglia / Fazzone P.C.

     /s/  Andrew Contiguglia
     Andrew Contiguglia
     CO Registration No. 26901
     44 Cook St., Suite 100
     Denver, CO 80206
     303-780-7333
     303-780-7337 (fax)
     ajc@ajcpc.com

     Attorney for Plaintiff
     James S. Grady, d/b/a Group Five Photosports

# EXHIBIT 1



# United States of America

### United States Patent and Trademark Office

## TrueTeenBabes

**Reg. No. 3,733,941**
Registered Jan. 5, 2010

**Int. Cl.: 41**

SERVICE MARK
PRINCIPAL REGISTER

GRADY, JAMES S (UNITED STATES INDIVIDUAL), DBA GROUP FIVE PHOTOSPORTS
40 W. LITTLETON BLVD #210-220
LITTLETON, CO 80120

FOR: PHOTOGRAPHY PROVIDED WITHIN A WEBSITE PUBLICATION CONSISTING OF EXCLUSIVE GLAMOUR PHOTOGRAPHS AND VIDEO CLIPS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-4-2001; IN COMMERCE 7-4-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-749,298, FILED 6-1-2009.

JILL C. ALT, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-466**

**Effective date of registration:**

October 29, 2009

---

### Title

**Title of Work:** Briana Nicole TTB001-017

### Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 30, 2008     **Nation of 1st Publication:** United States

### Author

■      **Author:** James S Grady, dba TrueTeenBabes.com

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James S Grady

40 West Littleton BLVD., Littleton, CO, 80120, United States

### Certification

**Name:** James S Grady

**Date:** October 8, 2009

---

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT 3

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-463**

**Effective date of
registration:**

October 29, 2009

---

### Title
Title of Work: Jessica Winston TTB001-025

### Completion/ Publication
Year of Completion: 2007

Date of 1st Publication: May 30, 2008        Nation of 1st Publication: United States

### Author
■        Author: James S Grady, dba TrueTeenBabes.com

Author Created: photography

Citizen of: United States

Year Born: 1959

### Copyright claimant
Copyright Claimant: James S Grady

40 West Littleton BLVD., Littleton, CO, 80120, United States

### Certification
Name: James S Grady

Date: October 8, 2009

---

Correspondence: Yes

Page 1 of 1

# EXHIBIT 4

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-692-432

**Effective date of registration:**

June 30, 2009

### Title

**Title of Work:** Jessica Wiinston TTB021-030

**Title of Larger Work:** TrueTeenBabes.com

### Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 12, 2009          **Nation of 1st Publication:** United States

### Author

■          **Author:** James Stephan Grady, dba  Jimmy Stephans

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James Stephan Grady, dba  Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

### Rights and Permissions

**Name:** James Stephan Grady

**Email:** staff@groupfivephotosports.com          **Telephone:** 1877-686-5393

**Address:** 40 W. Littleton Blvd #210-220

Littleton, CO 80120  United States

### Certification

**Name:** James S. Grady

**Date:** June 1, 2009

Page 1 of 1

# EXHIBIT 5

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-692-438**

**Effective date of
registration:**

June 30, 2009

---

### Title ────────────────

**Title of Work:** Jessica Winston TTB031-040

**Title of Larger Work:** TrueTeenBabes.com

### Completion/ Publication ────────

**Year of Completion:** 2009

**Date of 1st Publication:** May 12, 2009          **Nation of 1st Publication:** United States

### Author ────────────────

**Author:** James Stephan Grady, dba Jimmy Stephans

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

### Copyright claimant ──────────

**Copyright Claimant:** James Stephan Grady, dba Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

### Rights and Permissions ────────

**Name:** James Stephan Grady

**Email:** staff@groupfivephotosports.com          **Telephone:** 1877-686-5393

**Address:** 40 W. Littleton Blvd #210-220

Littleton, CO 80120  United States

### Certification ────────────

**Name:** James S. Grady

**Date:** June 1, 2009

Page 1 of 1

# EXHIBIT 6

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-692-434

**Effective date of registration:**

June 30, 2009

### Title

**Title of Work:** Jessica Winston TTB041-050

**Title of Larger Work:** TrueTeenBabes.com

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 12, 2009   **Nation of 1st Publication:** United States

### Author

■ **Author:** James Stephan Grady, dba  Jimmy Stephans

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James Stephan Grady, dba  Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

### Rights and Permissions

**Name:** James Stephan Grady

**Email:** staff@groupfivephotosports.com   **Telephone:** 1877-686-5393

**Address:** 40 W. Littleton Blvd #210-220

Littleton, CO 80120  United States

### Certification

**Name:** James S. Grady

**Date:** June 1, 2009

Page 1 of 1

# EXHIBIT 7

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-457**

**Effective date of
registration:**

October 29, 2009

**Title** ────────────────────────────

Title of Work: Jessica Jamison TTB001-009

**Completion/ Publication** ────────────────

Year of Completion: 2006

Date of 1st Publication: November 30, 2006      Nation of 1st Publication: United States

**Author** ────────────────────────────

Author: James S Grady, dba TrueTeenBabes.com

Author Created: photography

Citizen of: United States

Year Born: 1959

**Copyright claimant** ─────────────────────

Copyright Claimant: James S Grady

40 West Littleton BLVD., Littleton, CO, 80120, United States

**Certification** ───────────────────────────

Name: James S Grady

Date: October 8, 2009

Correspondence: Yes

Page 1 of 1

# EXHIBIT 8

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-460**

**Effective date of registration:**

October 29, 2009

### Title

**Title of Work:** Stacie Marie TTB001-028

### Completion/ Publication

**Year of Completion:** 2004

**Date of 1st Publication:** December 31, 2004      **Nation of 1st Publication:** United States

### Author

▪ **Author:** James S Grady, dba TrueTeenBabes.com

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James S Grady

40 West Littleton BLVD., Littleton, CO, 80120, United States

### Certification

**Name:** James S Grady

**Date:** October 8, 2009

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT 9

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-455**

**Effective date of
registration:**

October 29, 2009

---

### Title

**Title of Work:** Libby Turner TTB001-025

### Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 30, 2006     **Nation of 1st Publication:** United States

### Author

- **Author:** James S Grady, dba  TrueTeenBabes.com

  **Author Created:** photography

  **Citizen of:** United States

  **Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James S Grady

40 West Littleton BLVD., Littleton, CO, 80120, United States

### Certification

**Name:** James S Grady

**Date:** October 8, 2009

---

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT 10

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-691-914**

**Effective date of registration:**

June 8, 2009

### Title

**Title of Work:** Jessica Winston MJ011-019

**Title of Larger Work:** ModelJessica.com

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 12, 2009   **Nation of 1st Publication:** United States

### Author

■   **Author:** James Stephan Grady, dba  Jimmy Stephans

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James Stephan Grady, dba  Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

### Rights and Permissions

**Name:** James Stephan Grady

**Email:** staff@groupfivephotosports.com   **Telephone:** 1877-686-5393

**Address:** 40 W. Littleton Blvd #210-220

Littleton, CO 80120  United States

### Certification

**Name:** James S. Grady

**Date:** June 1, 2009

Page 1 of 1

# EXHIBIT 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-691-911

**Effective date of registration:**

June 8, 2009

## Title

| | |
|---|---|
| **Title of Work:** | Jessica Winston MJ001-010 |
| **Title of Larger Work:** | ModelJessica.com |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | March 10, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | James Stephan Grady, dba  Jimmy Stephans |
| **Author Created:** | photography |
| **Citizen of:** | United States |
| **Year Born:** | 1959 |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | James Stephan Grady, dba  Jimmy Stephans |
| | 40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | James Stephan Grady |
| **Email:** | staff@groupfivephotosports.com |
| **Telephone:** | 1877-686-5393 |
| **Address:** | 40 W. Littleton Blvd #210-220 |
| | Littleton, CO 80120  United States |

## Certification

| | |
|---|---|
| **Name:** | James S. Grady |
| **Date:** | June 1, 2009 |

Page 1 of 1

# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-695-136**

**Effective date of registration:**

June 17, 2009

## Title

**Title of Work:** Kelsey Monroe TTB001-010

**Title of Larger Work:** TrueTeenBabes.com

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 21, 2009     **Nation of 1st Publication:** United States

## Author

■ **Author:** James Stephan Grady, dba  Jimmy Stephans

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

## Copyright claimant

**Copyright Claimant:** James Stephan Grady, dba  Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

## Rights and Permissions

**Name:** James Stephan Grady

**Email:** staff@groupfivephotosports.com     **Telephone:** 1877-686-5393

**Address:** 40 W. Littleton Blvd #210-220

Littleton, CO 80120  United States

## Certification

**Name:** James S. Grady

**Date:** June 1, 2009

Page 1 of  1

# EXHIBIT 13

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-700-275**

**Effective date of registration:**

June 26, 2009

### Title

| | |
|---|---|
| **Title of Work:** | Tina Lynn TTB101-110 |
| **Title of Larger Work:** | TrueTeenBabes.com |

### Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | December 23, 2008 |

**Nation of 1st Publication:** United States

### Author

| | |
|---|---|
| ■ **Author:** | James Stephan Grady, dba Jimmy Stephans |
| **Author Created:** | photography |
| **Citizen of:** | United States |
| **Year Born:** | 1959 |

### Copyright claimant

**Copyright Claimant:** James Stephan Grady, dba Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

### Rights and Permissions

| | |
|---|---|
| **Name:** | James Stephan Grady |
| **Email:** | staff@groupfivephotosports.com |
| **Address:** | 40 W. Littleton Blvd #210-220 |
| | Littleton, CO 80120  United States |

**Telephone:** 1877-686-5393

### Certification

| | |
|---|---|
| **Name:** | James S. Grady |
| **Date:** | June 1, 2009 |

Page 1 of 1

# EXHIBIT 14

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-702-131**

**Effective date of registration:**

June 26, 2009

### Title
**Title of Work:** Tina Lynn TTB 111-120
**Title of Larger Work:** TrueTeenBabes.com

### Completion/ Publication
**Year of Completion:** 2009
**Date of 1st Publication:** March 3, 2009    **Nation of 1st Publication:** United States

### Author
■    **Author:** James Stephan Grady, dba Jimmy Stephans
**Author Created:** Photography
**Citizen of:** United States
**Year Born:** 1959

### Copyright claimant
**Copyright Claimant:** James Stephan Grady, dba Jimmy Stephans
40 W Littleton Blvd #210-220, Littleton, CO, 80120, US

### Rights and Permissions
**Name:** James Stephan Grady
**Email:** staff@grouplivephotosports.com    **Telephone:** 877-686-5393
**Address:** 40 W. Littleton Blvd. #210-220
Littleton, CO 80120

### Certification
**Name:** James S. Grady
**Date:** June 1, 2008

Page 1 of 1

# EXHIBIT 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-687-195

**Effective date of
registration:**

June 1, 2009

## Title

**Title of Work:** Tina Lynn TTB121-130

**Title of Larger Work:** TrueTeenBabes.com

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 12, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** James Stephan Grady, dba  Jimmy Stephans

**Author Created:** Photography

**Citizen of:** United States

**Year Born:** 1959

## Copyright claimant

**Copyright Claimant:** James Stephan Grady

40 W Littleton Blvd #210-220, Littleton, CO, 80120, US

## Certification

**Name:** James S Grady

**Date:** June 1, 2009

Page 1 of 1

# EXHIBIT 16

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-692-436

**Effective date of registration:**

June 30, 2009

### Title

**Title of Work:** TrueTeenBabes001-075

**Title of Larger Work:** TrueTeenBabes.com

### Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 1, 2009      **Nation of 1st Publication:** United States

### Author

- **Author:** James Stephan Grady, dba Jimmy Stephans

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James Stephan Grady, dba Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

### Rights and Permissions

**Name:** James Stephan Grady

**Email:** staff@groupfivephotosports.com      **Telephone:** 1877-686-5393

**Address:** 40 W. Littleton Blvd #210-220

Littleton, CO 80120 United States

### Certification

**Name:** James S. Grady

**Date:** June 1, 2009

Page 1 of 1

# EXHIBIT 17

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-695-141**

**Effective date of registration:**

June 8, 2009

### Title

**Title of Work:** Kelsey Monroe MK001-010

**Title of Larger Work:** ModelKelsey.com

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 3, 2009     **Nation of 1st Publication:** United States

### Author

■   **Author:** James Stephan Grady, dba  Jimmy Stephans

**Author Created:** photography

**Citizen of:** United States

**Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James Stephan Grady, dba  Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

### Rights and Permissions

**Name:** James Stephan Grady

**Email:** staff@groupfivephotosports.com     **Telephone:** 1877-686-5393

**Address:** 40 W. Littleton Blvd #210-220

Littleton, CO 80120  United States

### Certification

**Name:** James S. Grady

**Date:** June 1, 2009

Page 1 of  1

# EXHIBIT 18

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-726-549**

**Effective date of
registration:**

June 29, 2009

### Title

**Title of Work:** Kelsey Monroe MK011-020

**Title of Larger Work:** ModelKelsey.com

### Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 12, 2009          **Nation of 1st Publication:** United States

### Author

- **Author:** James Stephan Grady, dba  Jimmy Stephans

  **Author Created:** photography

  **Citizen of:** United States

  **Year Born:** 1959

### Copyright claimant

**Copyright Claimant:** James Stephan Grady, dba  Jimmy Stephans

40 W. Littleton Blvd #210-220, Littleton, CO, 80120, United States

### Rights and Permissions

**Name:** James Stephan Grady

**Email:** staff@groupfivephotosports.com          **Telephone:** 877-686-5393

**Address:** 40 W. Littleton Blvd #210-220

Littleton, CO 80120  United States

### Certification

**Name:** James S. Grady

**Date:** June 1, 2009

Page  1 of  1

# EXHIBIT 19

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-703-450**

**Effective date of registration:**

October 29, 2009

### Title
Title of Work: Kaylynne Marlene TTB001-025

### Completion/ Publication
Year of Completion: 2004

Date of 1st Publication: June 30, 2005          Nation of 1st Publication: United States

### Author
Author: James S Grady, dba  TrueTeenBabes.com

Author Created: photography

Citizen of: United States

Year Born: 1959

### Copyright claimant
Copyright Claimant: James S Grady

40 West Littleton BLVD., Littleton, CO, 80120, United States

### Certification
Name: James S Grady

Date: October 8, 2009

Correspondence: Yes

Page 1 of 1