**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:   Robert R. Keech          Date:   January 11, 2012
E.C.R./Reporter:    Therese Lindblom

---

Civil Action No: **11-cv-02586-WYD-MJW**          Counsel:

**JAMES S. GRADY**,                              Andrew J. Contiguglia

       Plaintiff,

v.

**TODD BREMER**,                                 No Appearance

       Defendant.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**3:08 p.m.**      Court in Session

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

           Plaintiff's Motion for Default Judgment, Damages, Attorney's Fees and Costs, and Permanent Injunction (ECF Doc. No. 15), filed November 29, 2011, is raised for argument.

3:10 p.m.      Argument by Plaintiff (Mr. Contiguglia).

3:16 p.m.      Statement by Plaintiff (Mr. Grady).

3:22 p.m.      Argument by Plaintiff (Mr. Contiguglia).

3:27 p.m.      Statement by Plaintiff (Mr. Grady).

-1-

3:28 p.m.        Argument by Plaintiff (Mr. Contiguglia).

**ORDERED:**   Plaintiff's Motion for Default Judgment, Damages, Attorney's Fees and Costs, and Permanent Injunction (ECF Doc. No. 15), filed November 29, 2011, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Plaintiff shall file any additional briefing not later than **Wednesday, January 25, 2012.**

**ORDERED:**   Plaintiff shall submit a proposed form of order not later than **Wednesday, January 25, 2012.**

**3:35 p.m.**     Court in Recess - HEARING CONCLUDED.

<u>**TOTAL TIME:**</u>   <u>**:27**</u>